IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED IN OPEN COURT

SEP 2 4 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:25-cr-113 |
| v. | |
| | 18 U.S.C. § 641 |
| ANGELA BODIE, | Theft of Government Property |
| | (Counts 1 and 2) |
| Defendant. | |
| | 18 U.S.C. §§ 981(a)(1)(C) & |
| | 982(a)(2)(A), 28 U.S.C. § 2461 |
| | Asset Forfeiture |

INDICTMENT

September 2025 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Theft of Government Property)

Beginning in or around January 2019, and continuing without interruption until on or about December 1, 2023, in Norfolk, Virginia, within the Eastern District of Virginia, the defendant, ANGELA BODIE, did knowingly embezzle, steal, purloin, and convert to her use money of the Social Security Administration ("SSA"), a department of the United States, namely Title II survivor's benefits payments to which she knew she was not entitled, having a value of approximately $19,616.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO
(Theft of Government Property)

Beginning in or around January 2019, and continuing without interruption until on or about December 1, 2023, in Norfolk, Virginia, within the Eastern District of Virginia, the defendant, ANGELA BODIE, did knowingly embezzle, steal, purloin, purloin, and convert to

2

her use money of the Social Security Administration ("SSA"), a department of the United States, namely Social Security Supplemental Income ("SSI") to which she knew she was not entitled, having a value of approximately $27,072.

(In violation of Title 18, United States Code, Section 641.)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in Counts One and Two of this Indictment, shall forfeit to the United States, as part of sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A); and Title 28, United States Code, Section 2461.)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

UNITED STATES v. ANGELA BODIE

2:25-cr-113

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

Lindsey Halligan
United States Attorney

By: _____
Matthew Heck
Assistant United States Attorney
United States Attorney's Office
101 West Main St, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-3221
Email: Matthew.Heck@usdoj.gov

4